Julie Pollock, CSB #346081
Email: jpollock@bm.net
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (800) 424-6690

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARONICA HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>BLOCK, INC., f/k/a SQUARE, INC. and CAPITAL ONE BANK, N.A.,<br><br>Defendants. | Case No. 4:23-cv-04001-HSG<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES (as modified)** |

Plaintiff Laronica Harris and Defendant Block, Inc. (collectively, the "Parties"), by and through their counsel, and without admission of any kind, or waiver of any defense, objection, or response, stipulate as follows:

WHEREAS, Plaintiff filed her Complaint on August 8, 2023;

WHEREAS, this Court has scheduled a Case Management Conference in this matter for November 14, 2023, and set corresponding deadlines for the Parties to file a Rule 26(f) Report and Case Management Statement for November 7, 2023;

WHEREAS, Plaintiff and Defendant have stipulated, pursuant to Local Rule 6-1, to extend Defendant' deadline to answer or otherwise respond to the Complaint to December 20,

**AM. STIPULATION AND ORDER
TO CONTINUE CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES** - 1

2023, which is after the currently scheduled Case Management Conference and corresponding deadlines for the Rule 26(f) Report and Case Management Statement;

WHEREAS, the Parties intend to move to relate the instant matter as well as five other substantially similar, recently filed matters in which Block, Inc are parties to *Jones v. Block, Inc.* and *Thorne v. Block, Inc.,* which have been related to one another and are pending before Judge Tse;

WHEREAS, the Parties in all of the above-referenced matters, represented by counsel herein, have entered settlement negotiations and have come to terms on a framework for negotiating global settlement of these eight federal actions[1], along with a number of similar actions in arbitration;

WHEREAS, the Parties believe that the interest of judicial economy and the convenience of the parties would be served by continuing the Case Management Conference and the deadlines for the Rule 26(f) report and Case Management Statement to allow the Defendant time to respond to the Complaint, to allow the Parties time to seek to have the cases related, and to allow the Parties time to pursue resolution of this action.

WHEREAS, the Parties will update the Court regarding settlement status on or before December 20, 2023;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between Plaintiff and Defendant, and subject to the approval of the Court, that:

1. The due date for the Parties to submit the Rule 26(f) Report and Case Management Statement should be extended to December 20, 2023;

---

[1] The eight federal cases referenced above (including the case at bar) are:

*Jones v. Block, Inc.*, Case No. 3:23-cv-02441-AGT;
*Thorne v. Block, Inc.,* Case No. 3:23-cv-02501-AGT;
*Caprarella v. Block, Inc.*, Case No. 4:23-cv-04000;
*Harris v. Block, Inc.*, Case No. 4:23-cv-04001;
*Venegas v. Block, Inc.*, Case No. 3:23-cv-04003;
*Zappasodi v. Block, Inc.*, Case No. 3:23-cv-04004;
*Grimsley v. Block, Inc.* Case No. 3:23-cv-04005; and
*Swacker v. Block, Inc.*, Case No. 3:23-cv-04009.

**AM. STIPULATION AND ORDER
TO CONTINUE CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES** - 2

2. The Initial Case Management Conference currently set for November 14, 2023 should be vacated and continued to January 2, 2024, or any date thereafter convenient for the Court; and

3. All other deadlines associated with the Case Management Conference not herein mentioned should be continued based on the new date for the Case Management Conference.

Dated: October 30, 2023                      Respectfully submitted

BERGER MONTAGUE PC                           MUNGER, TOLLES & OLSON LLP

/s/ *Julie Pollock*, CSB #346081             /s/ *John B. Major*
Julie Pollock, CSB #346081                   John B. Major, CSB #306416
Email: jpollock@bm.net                       Jonathan H. Blavin, CSB #230269
505 Montgomery Street, Suite 625             Erin J. Cox, CSB #267954
San Francisco, California 94111              350 South Grand Avenue, 50th Floor
Telephone: (800) 424-6690                    Los Angeles, CA 90071-1560
                                             T: 213-683-9100
E. Michelle Drake, *Pro Hac Vice Forthcoming*
Email: emdrake@bm.net                        *Attorneys for Defendant Block, Inc.*
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, Minnesota 55413
Telephone: (612) 594-5999

TERRELL MARSHALL LAW GROUP PLLC

/s/ *Beth E. Terrell*, CSB #178181
Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Erika L. Nusser, *Pro Hac Vice Forthcoming*
Email: enusser@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

**AM. STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** - 3

SCHLANGER LAW GROUP, LLP

*/s/ Daniel A. Schlanger*
Daniel A. Schlanger, *Pro Hac Vice Forthcoming*
Email: dschlanger@consumerprotection.net 80 Broad Street, Suite 3103
New York, NY 10004
Telephone: (212) 500-6114
Facsimile: (646) 612-7996

*Attorneys for Plaintiff*

So Ordered except the Telephonic Initial Case Management Conference currently set for November 14, 2023 is continued to January 9, 2024 at 2 p.m. The dial-in information and instructions remain the same as previously provided in docket no. 13. The case management statement is due December 20, 2023 as agreed. All other deadlines associated with the Case Management Conference not herein mentioned should be continued based on the new date for the Case Management Conference.

*[signature]*
Hon. Haywood S. Gilliam, U.S.D.J.

**AM. STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** - 4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), I certify that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By:  */s/Julie Pollock*
Julie Pollock

*Attorney for Plaintiff*

AM. STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES - 5